UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREA PERRY,

    Plaintiff,

v.                                                     Case No: 2:18-cv-668-FtM-38MRM

ROHOHO, INC.,

    Defendant.
_____/

### **ORDER**[1]

Before the Court is Defendant Rohoho, Inc.'s Unopposed Motion to Compel Arbitration and Stay Proceedings. (Doc. 12). Plaintiff Andrea Perry sues Rohoho for workplace discrimination. When Rohoho hired Perry, however, she agreed to submit to arbitration on such claims. (Doc. 12-1 at 3, 7). Consequently, Rohoho moves to stay this case and compel arbitration, which Perry does not oppose. After a review of the record and applicable law, the Court grants Rohoho's motion.

Accordingly, it is now

**ORDERED:**

(1) Defendant Rohoho, Inc.'s Unopposed Motion to Compel Arbitration and Stay Proceedings (Doc. 12) is **GRANTED**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) This case is **STAYED** until the parties advise the Court that (1) arbitration has been completed and (2) the stay is due to be lifted or the case is due to be dismissed. The parties must notify the Court of such matters within **seven (7) days** of the arbitration proceedings concluding.

(3) The parties are further **DIRECTED** to file a joint report on the status of arbitration on or before **February 19, 2019**, and every ninety (90) days until the arbitration proceedings conclude.

(4) The Clerk of Court is **DIRECTED** to add a stay flag on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of November 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record